Marcus R. Mumford (12737)
MUMFORD PC
405 South Main Street, Suite 975
Salt Lake City, Utah 84111
Telephone: (801) 428-2000
Email: mrm@mumfordpc.com

Christ Troupis admitted *pro hac vice*
Troupis Law Office, P.A.
801 E. State Street, Ste 50
Eagle, ID 83616-6869
Telephone: (208) 938-5584
Email: ctroupis@troupislaw.com

*Attorneys for Plaintiff Utah Republican Party*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UTAH REPUBLICAN PARTY,<br>　　　Plaintiff,<br>CONSTITUTION PARTY OF UTAH,<br>　　　Plaintiff and Intervenor,<br>v.<br>GARY R. HERBERT, et al.,<br>　　　Defendants. | **NOTICE OF APPEAL**<br><br>Case No. 2:14-cv-00876-DN<br><br>Judge David Nuffer<br>Magistrate Judge Dustin B. Pead |

　　　Notice is hereby given that Plaintiff Utah Republican Party appeals the orders entered by the Court on December 14, 2015[1] and March 22, 2016[2] denying Plaintiff's motions to enlarge time, striking Plaintiff's motion for attorney fees, and denying Plaintiff's motion to reconsider. Based on events that occurred during the pendency of Plaintiff's Motion for Reconsideration,[3] Plaintiff has filed a motion to recuse and an additional motion to reconsider. However, in order

---

[1] Docket 228.
[2] Docket 236.
[3] Docket 233.

1

to ensure that Plaintiff timely appeals this Court's orders, and in an abundance of caution, Plaintiff submits this Notice of Appeal.

DATED: April 21, 2016.

/s/ Marcus R. Mumford
Marcus R. Mumford
Christ T. Troupis
*Attorneys for Plaintiff*