FILED
United States Court of Appeals
Tenth Circuit

March 3, 2017

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| UTAH REPUBLICAN PARTY,<br><br>    Plaintiff - Appellant,<br><br>and<br><br>CONSTITUTION PARTY OF UTAH,<br><br>    Plaintiff and Intervenor,<br><br>v.<br><br>GARY R. HERBERT, in his official capacity as Governor of Utah; SPENCER J. COX, in his official capacity as Lieutenant Governor of Utah,<br><br>    Defendants - Appellees. | No. 16-4058 |

_____

**ORDER**
_____

Before **PHILLIPS**, **McHUGH**, and **MORITZ**, Circuit Judges.
_____

    Appellant's petition for rehearing is denied.

    The petition for rehearing en banc was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied.

    Entered for the Court

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk